IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

:                    CRIMINAL ACTION

      v.                    :

:                    No. 25-403-001, 003, & 004

JAHAAN ANDREWS                    :
On bail                    :

:

MUMIN HART                    :
On bail                    :

:

GEORGIA MALLOY                    :
On bail                    :

## NOTICE OF HEARING

Take notice that all defendants are scheduled for a **CRIMINAL JURY TRIAL** on **Tuesday, February 24, 2026, at 9:30 A.M**. before the **Honorable Karen Spencer Marston** in **Courtroom 16-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Bail Status:** The defendants are all on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendants are on bail or supervision and fail to appear as directed, the presiding judge may issue a bench warrant.

☒ **Hearing is rescheduled from: 2-23-2026.**

For additional information, please contact the undersigned.

By:         /s/ Mark Rafferty
            Courtroom Deputy to Judge Marston
            Phone: 267.299.7370                    Date: 2-19-2026

cc via U.S. Mail:    Defendants
cc via email:        Defense – T. Fiore, Esq, - A. Joseph
                          & C. Peruto, Jr., Esq.
                     Assistant U.S. Attorney – E. Witherell & M. Miller
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator